PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Miguel Figueroa  Cr.: 15-00098-001
PACTS #: 1430801

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/02/2016

Original Offense:   Count One: Felon in Possession of a Firearm

Original Sentence: 65 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Alcohol Restrictions

Type of Supervision: Supervised Release        Date Supervision Commenced: 11/12/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.  The offender has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The probation officer shall supervise your compliance with this condition.'**

    On November 12, 2019, Mr. Figueroa was released from custody. On the following day, he reported to the United States Probation Office in Trenton, New Jersey. He was seen by the on-duty probation officer and a urinalysis drug test was administered. The test was positive for the presence of marijuana. Figueroa signed a "Drug Use Admission Form," and he was counseled on the negative consequences such conduct will have on his term of supervised release.

U.S. Probation Officer Action:

Based upon the fact that the offender acknowledged his drug use/non-compliance and expressed a willingness to comply with any treatment recommendations made, we would ask the Court to take judicial notice of the non-compliance and concur that no additional court action is deemed to be warranted at this time. Mr. Figueroa tested negative on December 27, 2019 and is attending drug treatment as required.

Respectfully submitted,

*Carolyn Stevens/SA*

By: Carolyn M. Stevens
Senior U.S. Probation Officer
Date: 12/30/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/31/2019
Date